| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)*<br>*Amended* |
|---|---|---|

| I. Person Reporting (last name, first, middle initial)<br><br>Wingate, Henry T. | 2. Court or Organization<br><br>U.S.D.C. (Miss. Southern) | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>245 East Capitol St., Ste 430<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 3. Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 AUG -5 A 11:00 RECEIVED

**Wingate, Henry T**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Public Employees Retirement System of Mississippi |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Grinnell College | February 7-9 | Grinnell, Iowa | Grinnell Board Meeting | Lodging and some meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/Savings/IRA) | C | Interest | L | T | | | | | |
| 2. Prudential Life Ins. | A | Interest | L | U | | | | | |
| 3. PaineWebber (Boston Finan. Qual. Housing Tax Credits) | | None | J | W | | | | | |
| 4. IRA-1 | | | | | | | | | |
| 5. Rj Bank (f/k/a Money Market Mut.Fund/Heritage Cash Trust) | A | Interest | L | T | | | | | |
| 6. Franklin/Temple Mutual Beacon (IRA) | B | Dividend | K | T | | | | | |
| 7. Raymond James Money Market Mut Fund -Credit Interest Program | A | Interest | J | U | | | | | |
| 8. Lsi Logic Corp. (f/k/a Agere Systems, Inc. | | None | J | T | | | | | |
| 9. Coca Cola Company | A | Dividend | J | T | | | | | |
| 10. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 11. General Electric Company | A | Dividend | J | T | | | | | |
| 12. Walt Disney Company | A | Dividend | J | T | | | | | |
| 13. Lincoln Nat'l Legacy Ann. | | None | K | T | | | | | |
| 14. Franklin Temple Mutual Beacon Fund | A | Dividend | J | T | | | | | |
| 15. Fundamental Investors Fund | A | Dividend | J | T | | | | | |
| 16. Growth Fund of America | A | Dividend | J | T | | | | | |
| 17. Income Fund of America Class C | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Franklin Income Fund Class C | C | Dividend | L | T | | | | | |
| 19. | Franklin Rising Dividends Class C | A | Dividend | J | T | | | | | |
| 20. | Mutual Series Shares Class C | A | Dividend | J | T | | | | | |
| 21. | Mutual Series Discovery Class C | A | Dividend | J | T | | | | | |
| 22. | Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 23. | Templeton Global Bond Fund Class C | B | Dividend | J | T | | | | | |
| 24. | Franklin Templeton China World Fund | B | Dividend | J | T | | | | | |
| 25. | Templeton Global Smaller Companies Growth Class C | A | Dividend | J | T | | | | | |
| 26. | REAL ESTATE: | | | | | | | | | |
| 27. | - Parcel 1, Jackson, Hinds County, MS | | None | K | W | | | | | |
| 28. | - Parcel 2, Jackson, Hinds County, MS | C | Rent | K | Q | | | | | |
| 29. | - Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 30. | - Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 31. | - Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 32. | - Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 33. | - Parcel 8, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 34. | - Parcel 9, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts. All assets listed under IRA-2 are now a part of IRA-1.

Real Estate:

Line 28: Parcel 2, Jackson, Hinds County, MS:
    Date of Appraisal: September 12, 1992

Line 30: Parcel 4, Jackson, Hinds County, MS:
    Date of Appraisal: November 20, 1992

Line 31: Parcel 6, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

Line: 32: Parcel 7, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wingate, Henry T. | 2. Court or Organization U.S.D.C. (Miss. Southern) | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 245 East Capitol St., Ste 430 Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 3. Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 22 A 11: 03 FINANCIAL DISCLOSURE OFFICE



## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Public Employees Retirement System of Mississippi |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Grinnell College | February 7-9 | Grinnell, Iowa | Grinnell Board Meeting | Lodging and some meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| IAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| ‾7 | Wingate, Henry T. | 05/15/2009 |

. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

E *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

ILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

E *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/ Savings/IRA) | C | Interest | L | T | | | | | |
| 2. Prudential Life Ins. | A | Interest | L | U | | | | | |
| 3. PaineWebber (Boston Finan. Qual. Housing Tax Credits) | | None | J | W | | | | | |
| 4. IRA- I | | | | | | | | | |
| 5. Rj Bank (f/k/a Money Market Mut.Fund/He ritage Cash Trust) | A | Interest | L | T | | | | | |
| 6. Franklin/Temple Mutual Beacon (IRA) | B | Dividend | K | T | | | | | |
| 7. Credit Interest Program | A | Interest | J | U | | | | | |
| 8. Lsi Logic Corp. (f/k/a Agere Systems, Inc. | | None | J | T | | | | | |
| 9. Coca Cola Company | A | Dividend | J | T | | | | | |
| 10. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 11. General Electric Company | A | Dividend | J | T | | | | | |
| 12. Walt Disney Company | A | Dividend | J | T | | | | | |
| 13. Franklin Temple Mutual Beacon Fund | A | Dividend | J | T | | | | | |
| 14. Fundamental Investors Fund | A | Dividend | J | T | | _.. · | | | |
| 15. Growth Fund of America | A | Dividend | J | T | | | | | |
| 16. Income Fund of America Class C | C | Dividend | L | T | | | | | |
| 17. Franklin Income Fund Class C | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Rising Dividends Class C | A | Dividend | J | T | | | | | |
| 19. Mutual Series Shares Class C | A | Dividend | J | T | | | | | |
| 20. Mutual Series Discovery Class C | A | Dividend | J | T | | | | | |
| 21. Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 22. Templeton Global Bond Fund Class C | B | Dividend | J | T | | | | | |
| 23. Franklin Templeton China World Fund | B | Dividend | J | T | | | | | |
| 24. Templeton Global Smaller Companies Growth Class C | A | Dividend | J | T | | | | | |
| 25. REAL ESTATE: | | | | | | | | | |
| 26. - Parcel 1, Jackson, Hinds County, MS | | None | K | W | | | | | |
| 27. - Parcel 2, Jackson, Hinds County, MS | C | Rent | K | Q | | | | | |
| 28. - Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 29. - Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 30. - Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 31. - Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 32. - Parcel 8, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 33. - Parcel 9, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts. All assets listed under IRA-2 are now a part of IRA-1.

Real Estate:

Line 27: Parcel 2, Jackson, Hinds County, MS:
    Date of Appraisal: September 12, 1992

Line 29: Parcel 4, Jackson, Hinds County, MS:
    Date of Appraisal: November 20, 1992

Line 30: Parcel 6, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

Line: 31: Parcel 7, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wingate, Henry T. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544